# United States District Court

_____ DISTRICT OF __Massachusetts__ _____

Ember Russell

v.

Longview Recreational Vehicles, Inc + Longview RV Superstore

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 - 30031 - KPN

TO: (Name and Address of Defendant)

Longview Recreational Vehicles, Inc.
Routes 5 + 10 North
West Hatfield, MA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler, Feldman + McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                                2/13/04
CLERK                                                        DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/15/04 |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Defendant authorized counsel to accept service on its behalf. Service was made via mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/15/04

Signature of Server

Address of Server: Sulier, Abbott, & Prosser P.C.
Suite 2000, One Monarch Place
Spfld., MA 01144

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.