UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMBER RUSSELL,<br><br>           Plaintiff,<br><br>vs.<br><br>LONG VIEW RECREATIONAL<br>VEHICLES, INC. and LONG VIEW RV<br>SUPERSTORES,<br><br>           Defendant. | CIVIL ACTION NO. 04-30031-KPN |

NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and

herewith notices its appearance as counsel for Defendant, Longview Recreational

Vehicles, Inc., in the above action.

Respectfully submitted,


  /s/ Timothy F. Murphy
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:  April 2, 2004            Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing *Appearance* was
served upon the attorney of record for each other party via electronic filing and by first-
class, U.S. mail, postage prepaid, on April 2, 2004.
               /s/ Timothy F. Murphy
               Timothy F. Murphy, Esq.

F:\OFFICE DOCUMENTS\Data\Longview Recreational Vehicles\Russell, Ember\Litigation 04-30031-KPN\Appearance-TFM.wpd