UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

EMBER RUSSELL,                        :
                                      :
            Plaintiff,                :
                                      :
v.                                    :        DOCKET NO.  04-cv-30031-KPN
                                      :
LONG VIEW RECREATIONAL               :
VEHICLES, INC. AND LONG VIEW         :
RV SUPERSTORES,                       :
                Defendants.           :
_____:

## MOTION TO AMEND COMPLAINT

The plaintiff respectfully moves the Court allow her to amend her Complaint

pursuant to Fed. R. Civ. P. 15(a).

When a party files a motion for leave to amend her Complaint, Federal Rule of

Civil Procedure 15(a) provides "leave shall be freely given when justice so requires."

Fed. R. Civ. P. 15(a); see also Foman v. Davis, 371 U.S. 178, 182 (1962) ; see

generally 6 Charles Alan Wright et al., Federal Practice And Procedure §§ 1473 &

1483 (2d ed.1990).  The liberal granting of motions for leave to amend reflects the

notion that pleadings should allow a claim to be heard on its merits. See Foman, 371

U.S. at 181-82.

As grounds for this motion, the plaintiff states that since the filing of the her

Complaint with this Court, the Massachusetts Commission Against Discrimination

has granted the plaintiff a right to file a civil action and the Equal Employment

Opportunity Commission issued the plaintiff a Notice of her Right to Sue for additional

acts and omissions she alleges constituted unlawful discrimination by the defendants.

These additional acts and omissions are related to the subject matter of the original

Complaint.  In particular, the plaintiff alleges that the defendants wrongfully and

discriminatorily discharged her from her employment and retaliated against her for

asserting her rights under the state and federal anti-discrimination statutes.

Justice and judicial economy will be served by allowing the filing of the

Amended Complaint as discovery and trial preparation will be parallel and many

witnesses will be the same.  Moreover, a litigation schedule has not yet been set by

the Court and no delay will result from allowing the plaintiff's Motion to Amend.

<div style="margin-left:50%">

Respectfully submitted,
EMBER  RUSSELL
By her Attorney,

</div>

Dated:  June 16, 2004                            /s/ Suzanne Garrow
<div style="margin-left:50%">

Suzanne Garrow BBO#  636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

</div>

<div style="text-align:center">

CERTIFICATE OF SERVICE

</div>

I hereby certify that a true and accurate copy of the above was served on the
attorneys of record for the defendant via electronic and first class mail on June 16,
2004.

<div style="margin-left:45%">

/s/ Suzanne Garrow
Suzanne Garrow

</div>