UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EMBER RUSSELL,<br>       Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-30031-KPN |
| LONG VIEW RECREATIONAL<br>VEHICLES, INC. AND LONG VIEW<br>RV SUPERSTORES,<br>       Defendants | ) ) ) ) ) | |

SCHEDULING ORDER
June 23, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by July 15, 2004.

2. All written discovery, except requests for admissions, shall be served by August 16, 2004.

3. Non-expert depositions shall be completed by November 15, 2004.

4. Counsel shall appear for a case management conference on November 18, 2004, at 1:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

       /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge