UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30031-KPN

EMBER RUSSELL,

        Plaintiff,

v.

LONG VIEW RECREATIONAL
VEHICLES, INC. AND LONG VIEW
RV SUPERSTORES,
        Defendant.

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 6/19/04

                                                  EMBER RUSSELL