UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMBER RUSSELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LONG VIEW RECREATIONAL VEHICLES, INC. and LONG VIEW RV SUPERSTORES,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-30031-KPN |

### LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), the Defendants, Long View Recreational Vehicles, Inc. and Long View RV Superstores (hereinafter "Defendants"), and their counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: June 26, 2004

Long View Recreational Vehicles, Inc. and Long View RV Superstores,

_____
Denise Chartier
Controller

Dated: June 25, 2004

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Local Rule 16.1(D)(3) Statement* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on June ___, 2004.

_____
Timothy F. Murphy, Esq.

F:\OFFICE DOCUMENTS\Data\Longview Recreational Vehicles\Russell, Ember\Litigation 04-30031-KPN\LR 16.1D3 Certification.wpd

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753