UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
EMBER RUSSELL, :
:
          Plaintiff, :
:
v. : CIVIL ACTION NO. 04-30031-KPN
:
LONG VIEW RECREATIONAL :
VEHICLES, INC. AND LONG VIEW :
RV SUPERSTORES, :
          Defendant. :
_____:

## JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

      The parties to the above-entitled matter respectfully request that the Pretrial Scheduling Order be amended as follows:

      1.     Paragraph 3 be amended to allow for non-expert depositions be completed by February 28, 2005.

      2.     Paragraph 4 be amended to allow for requests for admission to be served by August 15, 2005 with responses due by September 15, 2005.

      As grounds for this motion, the parties state that they have been diligently working to resolve outstanding discovery disputes without the intervention of the Court. However, it is likely that despite the parties' best efforts, some intervention by the Court will be necessary. The parties request the additional time to attempt to get the necessary documentation to complete non-expert depositions.

Respectfully submitted,

| THE PLAINTIFF | THE DEFENDANTS |
|---|---|
| By her Attorney, | By their attorney |
| /s/ Suzanne Garrow | /s/ Timothy Murphy |
| Suzanne Garrow BBO# 636548 | Timothy Murphy  BBO# 556429 |
| Heisler, Feldman & McCormick, P.C. | Skoler, Abbott & Presser, P.C. |
| 1145 Main Street, Suite 508 | One Monarch Place, Suite 2000 |
| Springfield, MA 01103 | Springfield, MA  01144 |
| (413) 788-7988 | (413)737-4753 |
| fax (413) 788-7996 | fax (413) 787-1941 |
| sgarrow@comcast.net | tmurphy@skoler-abbott.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the attorney of record for the Defendants by electronic mail on this date.

Dated:  November 5, 2004

　　　　　　　　　　　　　　　　　　　　/s/ Suzanne Garrow
　　　　　　　　　　　　　　　　　　　　Suzanne Garrow