UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


EMBER RUSSELL,                )
                    Plaintiff    )
                             )
         v.                  )         Civil Action No.  04-30031-KPN
                             )
                             )
LONG VIEW RECREATIONAL       )
VEHICLES, INC. AND LONG VIEW )
RV SUPERSTORES,              )
                    Defendants )


REVISED SCHEDULING ORDER
November 8, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Modify Pretrial

Scheduling Order (Document No. 15) and establishes the following schedule:

1.    Non-expert depositions shall be completed by February 28, 2005.

2.    Counsel shall appear for a case management conference on March 2,

2005, at 10:00 a.m. in Courtroom Three.  The November 18, 2004

conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.


                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    U.S. Magistrate Judge