UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMBER RUSSELL,<br><br>        Plaintiff,<br><br>v.<br><br>LONG VIEW RECREATIONAL VEHICLES, INC. AND LONG VIEW RV SUPERSTORES,<br>        Defendant. | CIVIL ACTION NO.  04-30031-KPN |

## **PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

      The plaintiff hereby moves to compel adequate responses to written discovery timely served upon the defendant.  As grounds therefore, the plaintiff submits a Memorandum in support of this motion, and states that the defendant failed to respond adequately to written requests for discovery as follows: Interrogatories; 11-13, 15, 20-21 and Document Requests 1-3, 9, 11-13-22, and 24-30.

      WHEREFORE, the plaintiff requests that this court:

1.    Order the defendant to respond completely and fully to Interrogatories 11-13, 15, 20-21; and Document Requests 1-3, 9, 11-20, 22, and 24-30 within ten days; and

1

2.     Award the plaintiff her reasonable attorney's fees and costs in prosecuting this motion.

<u>CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 37.1(B)</u>

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion at a discovery conference, and have not been able to reach an agreement on discovery requests which are the subject of this Motion.

EMBER RUSSELL
By her attorney,


 /s/ Suzanne Garrow
Suzanne Garrow BBO # 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)
Dated: December 22, 2004



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing document was served by electronic and first class mail upon the attorney of record for the defendants on December 22, 2004.

/s/ Suzanne Garrow
Suzanne Garrow