AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

EMBER RUSSELL

**NOTICE**

V.

LONGVIEW RECREATIONAL VEHICLES, et al.           CASE NUMBER:  04-30031-KPN

TYPE OF CASE:

☒ **CIVIL**              **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | January 24, 2005, at 10:30 a.m. |

TYPE OF PROCEEDING

HEARING ON MOTIONS TO COMPEL (DOC. NOS. 17 AND 19)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 7, 2005                                /s/ *Bethaney A. Healy*

DATE                                                   (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD