

891 North King Street
Northampton, MA 01060
413 247-9314

27 Lawnacre Road
Windsor Locks, CT 06096
860 623-3326

Dear Ember:

I received by fax this afternoon your letter requesting time off because of stress that you attribute to alleged workplace harassment.

First, Longview RV takes illegal harassment complaints very seriously as a matter of policy. In keeping with this policy, we will promptly investigate your complaint and, if appropriate, take effective action to eliminate illegal harassment from our workplace. In order to investigate your complaint, I will need elicit from you all the relevant details of your complaint. I will contact you on Monday, June 16th, 2003 to make arrangements for us to meet to discuss your complaint.

Second, as you know, hourly employees at Longview RV are not entitled to paid sick time. However, hourly employees may qualify for unpaid leave due to illness if they provide creditable medical documentation that supports the need for leave. You have not provided any medical documentation to support your request for leave. Please be advised that if you do not furnish supporting medical documentation to me by Friday, June 20, 2003, I will have no choice but to deny your request for unpaid medical leave. By the way, because you were hired in February 2003, you are ineligible for Family Medical Leave.

If you have any questions or concerns, please call me immediately.

Sincerely,

*Denise M Chartier*

Denise M. Chartier
Comptroller