UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


EMBER RUSSELL,                       )
        Plaintiff           )
                                     )
                                     )
    v.                               )      Civil Action No. 04-30031-KPN
                                     )
                                     )
LONGVIEW RECREATIONAL                )
VEHICLES, INC., et al.,              )
        Defendants          )


SETTLEMENT ORDER OF DISMISSAL
February 28, 2005


The court, having been advised on February 25, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk