UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                               :
EMBER RUSSELL,                        :
                                               :
               Plaintiff,            :
                                             :
v.                                             : DOCKET NO.  04-cv-30031-KPN
                                             :
LONG VIEW RECREATIONAL     :
VEHICLES, INC. AND LONG VIEW  :
RV SUPERSTORES,               :
               Defendant.          :
_____:

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(ii), Plaintiff Ember Russell and Defendants Longview Recreational Vehicles, Inc. and Longview RV Superstores stipulate to the dismissal of the Plaintiff's complaint filed in this matter. The parties to bear their own costs.

                                                           Respectfully submitted,

| | |
|---|---|
| EMBER RUSSELL, | LONGVIEW RECREATIONAL |
| By her Attorney, | VEHICLES, INC., et al. |
| | By their Attorney, |
| | |
| /s/ Suzanne Garrow | /s/ Timothy Murphy |
| Suzanne Garrow | Timothy Murphy |
| BBO# 636545 | BBO# 556429 |
| Heisler, Feldman & McCormick, P.C. | Skoler, Abbott & Presser |
| 1145 Main Street, Suite 508 | One Monarch Place |
| Springfield, MA 01103 | Springfield, MA  01144 |
| (413) 788-7988 | (413) 737-4753 |

Dated: March 24, 2005